**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| O.T.H. ENTERPRISES CORP., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-05-2237 |
| § | |
| MAX MEX RECORDS, INC., *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER GRANTING DEFAULT JUDGMENT**

Plaintiff O.T.H. Enterprises Corp. has filed a motion for default judgment against defendant Max Mex Records and to dismiss defendant Mayo Records from this case. Default was previously entered against Max Mex Records. O.T.H. Enterprises Corp. has now moved for default judgment and submitted affidavits and exhibits in support of its claims for statutory damages and reasonable attorneys' fees. O.T.H. Enterprises Corp. has sent defendant Max Mex Records notice of the motion for entry of default judgment. Further notice to the defendants and further hearings are not necessary/ Rule 55(b)(2), Fed. R. Civ. P. The motion for default judgment is granted.

The court concludes that O.T.H. Enterprises Corp. has established its entitlement to default judgment against Max Mex Records, Inc. in the amount of $ 300,000 in statutory damages, $9,469.03 in fees reasonably and necessarily incurred to pursue this case, costs of court, and postjudgment interest at the rate of 4.22 % *per annum*. The claims against Mayo Records are dismissed.

Final judgment is entered by separate order.

SIGNED on April 10, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge