IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| O.T.H. ENTERPRISES CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-05-2237 |
| | § | |
| MAX MEX RECORDS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Plaintiff O.T.H. Enterprises Corp. recovers from defendant Max Mex Records, Inc., as follows:

    a.    statutory damages in the amount of $300,000;

    b.    attorneys' fees of $9,469.03;

    c.    costs of court;

    d.    postjudgment interest at 4.22 % *per annum*

The claims against Mayo Records are dismissed. This is a final judgment.

SIGNED on April 10, 2006, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge